# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142447

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

MICHAEL DOUGLAS LIGHT,
     Defendant-Appellee.

SC: 142447
COA: 293746
Leelanau CC: 08-001599-FC

_____/

     On order of the Court, the application for leave to appeal the November 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

p0321

Clerk